No. 85–521. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* PUBLIC AGENCIES OPPOSED TO SOCIAL SECURITY ENTRAPMENT ET AL.    Appeal from D. C. E. D. Cal.  Probable jurisdiction noted.

No. 85–298.  CONNOLLY *v.* BURT.  C. A. 10th Cir.  Certiorari granted.

No. 85–499.  PAPASAN, SUPERINTENDENT OF EDUCATION, ET AL. *v.* ALLAIN, GOVERNOR OF MISSISSIPPI, ET AL.    C. A. 5th Cir.  Certiorari granted.

No. 85–554.  UNITED STATES *v.* HUGHES PROPERTIES, INC.  C. A. Fed. Cir.  Certiorari granted.

No. 85–588.  UNIVERSITY OF TENNESSEE ET AL. *v.* ELLIOTT.  C. A. 6th Cir.  Certiorari granted.

No. 85–619.  MERRELL DOW PHARMACEUTICALS INC. *v.* THOMPSON ET AL., AS NEXT FRIENDS AND GUARDIANS OF THOMPSON, ET AL.    C. A. 6th Cir.  Certiorari granted.

No. 85–599.  UNITED STATES *v.* AMERICAN BAR ENDOWMENT ET AL.  C. A. Fed. Cir.  Certiorari granted.  JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–6717.  HOLSEY *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 84–6760.  EDWARDS *v.* HARRIS, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–6841.  SPIESS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–6892.  WILLIAMS, AKA ANTHONY, ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.